IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO SANDOVAL, | No. CV-F-03-5712 REC/WMW HC |
| Petitioner, | ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
| vs. | |
| CALDERON, Warden, | |
| Respondent. | |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

**Dated: October 4, 2005**             /s/ **Robert E. Coyle**
668554                                 UNITED STATES DISTRICT JUDGE

1